642

452 A.2d 28

Commonwealth v. Cannon, Appellant.

Submitted October 20, 1981. Herman Weiner, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

The order of the Court of Common Pleas of Philadelphia County is affirmed.

452 A.2d 28

Commonwealth v. Fernandez, Appellant.
Petition for Allowance of Appeal
Denied Jan. 20, 1983.

Submitted September 10, 1981. Elias B. Landau, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order denying post conviction relief is affirmed.